## UNITED STATES DISTRICT COURT
### EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **GERARD LADMIRAULT** | **CIVIL ACTION** |
| **VERSUS** | **NO. 21-188** |
| **JEFF LANDRY** | **SECTION: "H"(3)** |

### O R D E R

The Court, having considered the petition, the record, the applicable law and the Report and Recommendation of the United States Magistrate Judge, and the objection to the Magistrate Judge's Report and Recommendation, hereby approves the Report and Recommendation of the United States Magistrate Judge and adopts it as its own opinion. Accordingly,

**IT IS ORDERED** that the federal application for habeas corpus relief filed Gerard Ladmirault is **DISMISSED WITH PREJUDICE**.

New Orleans, Louisiana, this 23rd day of February, 2024.

_____
**UNITED STATES DISTRICT JUDGE**